In the Matter of the Arbitration between FAMOUS REALTY, INC., Appellant, and WILLIAM SAVAGE, INC., Respondent.

Argued January 11, 1955; decided February 24, 1955.

*Walter Lubarsky, Joseph S. Wohl* and *Robert A. Morse* for appellant.

*Samuel Feldman* for respondent.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.